| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234<br>Email: wendy.thomas@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

**FILED**

MAY 20 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07 0462 JCS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER MODIFYING<br>CONDITIONS OF PROBATION |
| | ) | |
| WILLIAM H. SPIKER, | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Joseph C. Spero on May 20, 2009. The defendant was represented by his attorney, Barry Portman. The United States was represented by Special Assistant United States Attorney Wendy Thomas. Also present was United States Probation Officer Jacqueline Sharpe. At that time, the Court ordered the conditions of the defendant's release as follows:

1. The defendant shall surrender all vehicles in his possession to William Saint Clair such that he will not have access to said vehicles;

2. The defendant shall enroll in the Kaiser Permanente Chemical Dependency

ORDER MODIFYING CONDITIONS
OF PROBATION CR 07 0462 JCS

1  Recovery Program ("CDRP"), which shall include intensive day treatment to be
2  followed by intensive outpatient services, and may include residential treatment, if
3  recommended by CDRP staff. The defendant shall comply with all program
4  requirements.

5  3.  The defendant shall participate in the Secure Continuous Remote Alcohol
6  Monitoring ("SCRAM") System program, until such time he is released from the
7  program by the Probation Officer. The defendant shall pay all program related
8  costs and follow all program rules and regulations, as directed by the Probation
9  Officer. The defendant shall cooperate with SCRAM officials regarding the
10 installation, reporting, payment and monitoring of the program. Positive alcohol
11 results may result in revocation of bond/supervision.

12 4.  Defendant shall not attempt to remove, adjust, tamper or circumvent the SCRAM
13 monitor;

14 5.  The defendant shall participate in electronic monitoring/curfew from
15 ___06/21/09___ at the supervision of the Probation Officer. The
16 defendant is to pay part or all of the cost of the installation charge, monthly lease,
17 daily use charge, or any other fees for the electronic monitoring system as deemed

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER MODIFYING CONDITIONS**
**OF PROBATION CR 07 0462 JCS**          2

appropriate by the Probation Officer. Payments shall never exceed the total cost of the device and the actual co-payment schedule shall be determined by the Probation Officer.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 5/20/09

WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/20/09

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

ORDER MODIFYING CONDITIONS
OF PROBATION CR 07 0462 JCS            3